OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Justine Michael, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.


     The State of Ohio, Appellant, v. Braylock et al.,
Appellees.
     [Cite as State v. Braylock (1992),     Ohio St.3d    .]
Criminal law -- Illegal use of federal food stamps -- R.C.
     2913.46(A) does not constitute an unlawful delegation of
     state legislative authority in violation of Section 1,
     Article II of the Ohio Constitution.
     (No. 91-1518 -- Submitted July 29, 1992 -- Decided October
7, 1992.)
     Certified by the Court of Appeals for Lucas County, Nos.
L-90-001 and L-90-121.

     Anthony G. Pizza, Prosecuting Attorney, and Mary Sue
Barone, for appellant.
     Scott E. Spencer, for appellees.

     The cause is reversed on authority of State v. Gill
(1992), 63 Ohio St.3d 53, 584 N.E.2d 1200.
     Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown
and Resnick, JJ., concur.